```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,                                    JUDGMENT

            v.                                                    19-CV-5180 (PKC)(RER)

PETRA M ESPINAL, individually and d/b/a
111 Deli Stop Corp, and 111 DELI STOP CORP,
an unknown business entity d/b/a 111 Deli
Stop Corp,
                    Defendants.
----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on May 26, 2020, granting in part, and denying in part Plaintiff's motion for default judgment; granting the motion as to the liability of Defendant 111 Deli under 47 U.S.C. § 605, and denying as to Defendant Espinal; awarding Plaintiff damages in the total amount of $3,600; granting Plaintiff leave to submit an affidavit and accompanying letter establishing the amount of attorney's fees it seeks to recover within thirty (30) days from the entry of this Memorandum and Order; and ordering Defendant 111 Deli to pay Plaintiff post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961; it is

ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted in part and denied in part; that the motion is granted as to the liability of Defendant 111 Deli under 47 U.S.C. § 605, and denied as to Defendant Espinal; that judgment is hereby entered in favor of Plaintiff in the total amount of $3,600 plus post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961 to be paid by Defendant 111 Deli; and that Plaintiff is granted leave

to submit an affidavit and accompanying letter establishing the amount of attorney's fees it seeks to recover within thirty (30) days from the entry of this Memorandum and Order.

| | |
|---|---|
| Dated: Brooklyn, New York<br>  May 27, 2020 | Douglas C. Palmer<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>      Deputy Clerk |